# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-11792-AMC

DAWN R CRUMP

1525 E. DUVAL STREET

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DAWN R CRUMP

1525 E. DUVAL STREET

PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Date: 12/8/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee