```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                           Case No. 15-11792-amc
Dawn R. Crump                                                    Chapter 13
         Debtor
                                CERTIFICATE OF NOTICE
District/off: 0313-2          User: DonnaR             Page 1 of 2                 Date Rcvd: Jan 31, 2017
                              Form ID: pdf900          Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db             +Dawn R. Crump,    1525 E. Duval Street,    Philadelphia, PA 19138-1103
cr             +Flagship Credit Acceptance, LLC,    C/O Schiller & Knapp, LLP,   950 New Loudon Road,
                 Suite 109,   Latham, NY 12110-2100
13490796       +Allied Collection Serv,    3080 S Durango Dr Ste 20,   Las Vegas, NV 89117-9193
13490798      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,    Po Box 982235,   El Paso, TX 79998)
13490797       +Bestchoice,    621 Medicine Way,   Suite 6,   Ukiah, CA 95482-8136
13490799      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Cap One,   Po Box 85520,    Richmond, VA 23285)
13490800       +Chase Mtg,    Po Box 24696,   Columbus, OH 43224-0696
13490802       +Comenity Bank/Ashstwrt,    Po Box 182789,   Columbus, OH 43218-2789
13490803       +Comenity Bank/Lnbryant,    4590 E Broad St,   Columbus, OH 43213-1301
13490806       +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
13545687       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
13490808       +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
13490809       +National Recovery Agen,    2491 Paxton St,   Harrisburg, PA 17111-1036
13490811        Phila Gas Works,    PO Box 11700,   Newark, NJ 07101-4700
13490813       +Td Bank Usa/Targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
13839379       +Thomas Puleo,    KML Law Group P.C.,   c/o JPMorgan Chase Bank National,
                 701 Market Street ste 5000,    Philadelphia Pa 19106-1541
13569933        U.S. Department of Education,    C/O FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA   17106-9184
13568618       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13490814        Verizon,    PO Box 920041,   Dallas, TX 75392-0041
13490815        Water Revenue Bureau,    1401 JFK Blvd.,   Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 01 2017 02:10:00     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2017 02:09:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 01 2017 02:09:57      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13539356        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 01 2017 02:07:59
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK   73124-8838
13530760       +E-mail/Text: bankruptcy@cavps.com Feb 01 2017 02:09:53     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13490801       +E-mail/Text: bankruptcy@phila.gov Feb 01 2017 02:10:00     City of Philadelphia, Law Department,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,   Philadelphia, PA 19102-1601
13490804       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 01 2017 02:10:22      Credit Coll,
                 Po Box 9133,   Needham, MA 02494-9133
13490805       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 01 2017 02:10:22      Credit Coll,
                 Po Box 9134,   Needham, MA 02494-9134
13490807       +E-mail/Text: bankruptcy@flagshipcredit.com Feb 01 2017 02:09:53      Flagship Credit Accept,
                 3 Christy Dr Ste 201,    Chadds Ford, PA 19317-9670
13575633        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2017 02:07:59
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13490810       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 01 2017 02:09:32      Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13511662        E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2017 02:09:33
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13528719        E-mail/Text: appebnmailbox@sprint.com Feb 01 2017 02:09:48     Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
13490812       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 01:57:56     Syncb/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
13521319       +E-mail/Text: bncmail@w-legal.com Feb 01 2017 02:09:51     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                               TOTAL: 15

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Jan 31, 2017
                              Form ID: pdf900           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Dawn R. Crump dmo160west@gmail.com,   davidoffenecf@gmail.com
              MARTIN A. MOONEY    on behalf of Creditor    Flagship Credit Acceptance, LLC
               tshariff@schillerknapp.com,   tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAWN R CRUMP                                        Chapter 13

                    Debtor                          Bankruptcy No. 15-11792-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-


Debtor:
DAWN R CRUMP

1525 E. DUVAL STREET

PHILADELPHIA, PA 19138